NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS, LLC,**
*Plaintiff - Appellant*

v.

**KAYAK SOFTWARE CORPORATION, dba Kayak.com, ORBITZ, LLC, ORBITZ WORLDWIDE, INC., ORBITZ WORLDWIDE, LLC, ORBITZ AWAY LLC, SHOEBUY.COM, INC.,**
*Defendants - Appellees*

---

15-1681

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:10-cv-00111-RWS, 6:10-cv-00275-RWS, 6:10-cv-00491-RWS - Robert Schroeder III

---

**O R D E R**

On consideration of the notice of appeal filed on May 22, 2015, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States District

Court for the Eastern District of Texas rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

                                FOR THE COURT

May 28, 2015                    /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court


cc: Clerk's Office, United States District Court for the Eastern District of Texas
Brian Andrew Carpenter
David Brandon Conrad
Neil J. McNabnay