NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PARALLEL NETWORKS, LLC,**
*Plaintiff-Appellant*

v.

**KAYAK SOFTWARE CORPORATION, aka Kayak.com, ORBITZ, LLC, ORBITZ WORLDWIDE, INC., ORBITZ WORLDWIDE, LLC, ORBITZ AWAY LLC, SHOEBUY.COM, INC., WOLVERINE WORLD WIDE INC.,**
*Defendants-Cross-Appellants*

_____

2015-1681, 2016-1944
_____

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:10-cv-00111-RWS, 6:10-cv-00275-RWS, and 6:10-cv-00491-RWS, Judge Robert Schroeder III.

_____

**O R D E R**

The above-captioned appeals appear to be related.

Accordingly,

2 PARALLEL NETWORKS, LLC v. KAYAK SOFTWARE CORPORATION

IT IS ORDERED THAT:

(1) The appeals will be considered an appeal and cross-appeal. The revised official caption is reflected above.

(2) Parallel Networks, LLC's opening brief is due no later than July 1, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32