# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Parallel Networks, LLC　　v.　　Kayak Software Corporation, et al.

No.　2015-1681, 2016-1944

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for:　Parallel Networks, LLC
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☒ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

| | |
|---|---|
| Name: | Timothy J.H. Craddock |
| Law Firm: | Klemchuk LLP |
| Address: | 8150 North Central Expressway, 10th Floor |
| City, State and Zip: | Dallas, Texas 75206 |
| Telephone: | (214) 367-6000 |
| Fax #: | (214) 367-6001 |
| E-mail address: | Tim.Craddock@Klemchuk.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):　June 3, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):　☐ Yes　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date　June 1, 2016　　Signature of pro se or counsel　/s/ Timothy J.H. Craddock

cc:　Counsel of Record (by ECF)

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  June 1, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Timothy J.H. Craddock | /s/ Timothy J.H. Craddock |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Klemchuk LLP |
| Address | 8150 North Central Expressway, 10th Floor |
| City, State, Zip | Dallas, Texas 75206 |
| Telephone Number | (214) 367-6000 |
| Fax Number | (214) 367-6001 |
| E-Mail Address | Tim.Craddock@Klemchuk.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields