NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS, LLC,**
*Plaintiff-Appellant*

v.

**KAYAK SOFTWARE CORPORATION, dba Kayak.com, ORBITZ, LLC, ORBITZ WORLDWIDE, INC., ORBITZ WORLDWIDE, LLC, ORBITZ AWAY LLC, SHOEBUY.COM, INC., WOLVERINE WORLD WIDE INC.,**
*Defendants-Cross-Appellants*

---

2015-1681, -1944

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:10-cv-00111-RWS, 6:10-cv-00275-RWS, and 6:10-cv-00491-RWS, Judge Robert Schroeder III.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Parallel Networks, LLC's unopposed motion to substitute Timothy J.H. Craddock of Klemchuck, LLP for Craig Tadlock of Tadlock Law Firm PLLC as principal counsel,

2  PARALLEL NETWORKS, LLC v. KAYAK SOFTWARE CORPORATION

IT IS ORDERED THAT:

The motion is granted.

                                  FOR THE COURT

                                  /s/ Peter R. Marksteiner
                                  Peter R. Marksteiner
                                  Clerk of Court

s25